UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

      - v. -                    :     NOTICE OF INTENT TO
                                    FILE AN INFORMATION
JAMES CARNEY,                    :

          Defendant.     :     **08 CRIM 767**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          August 14, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney

                    By:    _____
                            Kenneth A. Polite
                            Assistant United States Attorney


                            AGREED AND CONSENTED TO:

                    By:    _____
                            Dawn Cardi, Esq.
                            Attorney for James Carney

USDC SDNY
[DOCUM]ENT
[ELECTRONI]CALLY FILED
8/14/08

8/14/08  WHEEL A