**JUDGE SWEET**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,   :   08 Cr.

      - v. -   :

JAMES CARNEY,   :

        Defendant.   :

- - - - - - - - - - - - - - - x

**08CRIM 767**

        The above-named defendant, who is accused of violating 21 U.S.C. § 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      August 15, 2008

*ELECTRONICALLY FILED*

0202